Certificate Number: 05781-NYN-DE-041436906

Bankruptcy Case Number: 26-10982

05781-NYN-DE-041436906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2026, at 8:20 o'clock PM PDT, Shandell Brown completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of New York.

Date: September 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President